**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7527**

---

ALLEN WADELL BOWLES,

Petitioner - Appellant,

versus

JOHN TAYLOR, Warden, Buckingham Correctional
Center,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-96-644-R)

---

Submitted:  February 10, 1998          Decided:  March 12, 1998

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Allen Wadell Bowles, Appellant Pro Se.  Daniel John Munroe, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Appellant contends that the district court should have held an evidentiary hearing to explore the claims asserted in his petition. Our review of the record discloses no basis for an evidentiary hearing in the district court.  <u>See</u> 28 U.S.C.A. § 2254(e)(2) (West Supp. 1997).

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>